IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DON G. ANGELL; D. GRAY ANGELL,      )
JR. and DON R. HOUSE, in their       )
capacities as Co-Trustees of         )
the DON ANGELL IRREVOCABLE            )
TRUST UNDER INSTRUMENT DATED          )
JULY 24, 1992; and ANGELL CARE        )
INCORPORATED,                         )
                                      )
    Plaintiffs,                      )
                                      )
    v.                                )   1:01CV00435
                                      )
ELIZABETH B. KELLY, C. TAYLOR         )
PICKETT, and DANIEL J. BOOTH,         )
                                      )
    Defendants.                       )

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED that the Motion for Summary Judgment [88] of Defendants Elizabeth B. Kelly, C. Taylor Pickett, and Daniel J. Booth is GRANTED.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

This the 30th day of November 2006.

                                            /s/ William L. Osteen
                                            United States District Judge